761 A.2d 535

IN THE MATTER OF RICHARD J. CARROLL,
AN ATTORNEY AT LAW.

November 22, 2000.

### ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **RICHARD J. CARROLL** of **SECAUCUS,** who was admitted to the bar of this State in 1970, and who thereafter was suspended from the practice of law effective January 3, 2000, by Order of this Court dated December 9, 1999, should be suspended from the practice of law for a period of three months for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 1.15(d) and *Rule* 1:21–6(h) (recordkeeping deficiencies), and good cause appearing;

It is ORDERED that **RICHARD J. CARROLL** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 3, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continued to be restrained and enjoined from practicing law during the period of his suspension and that he continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.